UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHELLE DUDEK,

                Plaintiff,

vs.                                      Civil Action No: 09-CV-1024

JAMES A. WEST, P.C.,

                Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Michelle Dudek, hereby voluntarily dismisses this action against Defendant, James A. West, P.C., with prejudice.

DATED:      January 15, 2010

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884